UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MINTO MIAH, | Case No. 09-12310 |
| Plaintiff, | Denise Page Hood<br>United States District Judge |
| vs. | |
| LEHMAN BROTHERS BANK, *et al.*, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendants. | |
| _____/ | |

### ORDER FOR SETTLEMENT CONFERENCE

A settlement conference will be held before the court **in Magistrate Judge Hluchaniuk's chambers, Room 112, 600 Church Street, <u>Flint, MI</u>, on Tuesday, February 16, 2010, at 10:00 a.m.  Directions to the Flint courthouse are located on the Court's website.** See, www.mied.uscourts.gov.

The conference must be attended by an authorized representative of each party, together with trial counsel for each party.  An insured party need not attend unless the settlement decision will be made in part by the insured.  When the settlement decision will be made in whole or part by an insurer, the insurer must send a representative in person with full and complete authority to make settlement

1

decisions.  A corporate party must send an authorized representative with full and complete authority to bind the company.  A governmental entity must send an authorized representative with full and complete authority to bind the governmental entity.  Failure to produce the appropriate person(s) at the conference may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

At least 14 days prior to the conference, each party must submit a confidential settlement statement to the Magistrate Judge.  The settlement statement will not become a part of the file of the case, but will be for the exclusive use of the magistrate judge in preparing for and conducting the settlement conference.

The settlement statement must contain a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' position on settlement, including a present settlement proposal, and a report on settlement efforts to date.  If not already part of the court file, copies of any critical agreements, business records, photographs or other documents or exhibits must be attached to the settlement statement.  The settlement statement should not be more than five pages in length and should contain enough information to be useful to the

Magistrate Judge in analyzing the factual and legal issues in the case. The parties are directed to be candid in their statements.

The settlement statement <u>must not</u> be filed with the clerk, but must be delivered to the Magistrate Judge either via fax to 810-341-7854 OR e-mail (darlene_chubb@mied.uscourts.gov AND angela_brown@mied.uscourts.gov). Copies of the settlement statement <u>must not</u> be provided to the other parties in the case.

Counsel are directed to confer with their clients in advance of the conference to explore the party's settlement position, and the parties are encouraged to exchange settlement proposals prior to the conference. These steps will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Date: September 17, 2009

s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

4

## **CERTIFICATE OF SERVICE**

      I certify that on September 17, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Phillip D. Hickey and Brian A. Nettleingham.

                                                   s/Darlene Chubb
                                                   Judicial Assistant