UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Minto Miah,

                  Plaintiff(s),

v.	Case No. 2:09-cv-12310-DPH-MJH
	Hon. Denise Page Hood

Aurora Loan Services, LLC, et al.,

                  Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #6

- MOTION HEARING:  1/26/10 at 02:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                  By: s/ B. Lewis
                         Case Manager

Dated:  December 3, 2009