# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MINTO MIAH,

    Plaintiff,

v.                                           Case Number: 09-CV-1230
                                              Honorable Denise Page Hood

LEHMAN BROTHERS BANK, n/k/a
AURORA BANK, FSB and AURORA
LOAN SERVICES, LLC,

    Defendants.

_____/

## JUDGMENT

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated ___September 27, 2010___, this cause of action is **DISMISSED**.

    Dated at Detroit, Michigan this ___27th___ day of ___September___, 2010.

                                                            DAVID J. WEAVER
                                                             CLERK OF THE COURT

                                                              BY: s/ Wm. F. LEWIS
                                                                   Deputy Clerk

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


    I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2010, by electronic and/or ordinary mail.

                                                              S/William F. Lewis
                                                              Case Manager